BELFOR *v.* BELFOR.

ATKINSON, J. 1. The application to which the demurrer was interposed was in substance an application to amend the original petition for divorce, alimony, and custody of the child, and the judgment excepted to should be construed as disallowing the amendment in part and allowing it in so far as relates to temporary alimony. The order is not such a final judgment as, under the Civil Code, § 6138, may be brought to this court by a bill of exceptions while the case is pending in the trial court. The bills of exceptions will therefore be dismissed as having been prematurely obtained. *Jackson* v. *Green*, 58 *Ga.* 460; *Burkhalter* v. *Roach*, 145 *Ga.* 834 (90 S. E. 52); *MacDonell* v. *South Georgia Live Stock Corporation*, 152 *Ga.* 475 (110 S. E. 227).

2. Leave is granted, however, under the special facts of the case, to each plaintiff in error to treat the official copy of each bill of exceptions, of

file in the trial court, as exceptions pendente lite. *Morris* v. *General Motors Acceptance Corp.*, 175 *Ga.* 436 (165 S. E. 103).

*Writs of error dismissed, with direction. All the Justices concur.*

Nos. 8719, 8755. SEPTEMBER 14, 1932.

696

*H. W. McLarty,* for plaintiff.
*Everett & Everett* and *Roy S. Drennan,* for defendant.